

**Claire Ann Resop**

122 W. Washington Ave., Suite 850
Madison, WI 53703-2732
CResop@steinhilberswanson.com
608-630-8992

July 17, 2018

<u>VIA ECF ONLY</u>

Judge Thomas M. Lynch
U.S. Courthouse
327 South Church Street, Chambers 4100
Rockford, IL  61101

      Re:    Brian A. and Jodi L. Colberg
                Case No. 18-81032 (jointly administered)

Dear Judge Lynch:

We have modified the proposed order authorizing Debtor in Possession Financing in accordance with the hearing held on July 12, including the informal colloquy that followed Your Honor's deliberations.  All counsel who appeared have consented to the proposed order as it is submitted here.  We have also revised Exhibits A and B to reflect better the treatment of the fee charged by the lender.  During the colloquy Your Honor asked whether that fee was charged at the time of loan initiation and whether interest accrued on it.  I said that I thought interest did not accrue, but after further review of the documentation I have concluded that it does.  To account for that we have increased the loan proceeds for July by the amount of the fee, and we have also shown the fee incurred in July.  These changes do not affect the overall level of borrowings sought.

Please let us know if there are other questions.  We anticipate submitting the proposed order approving the assumption of contracts later today.

Respectfully,

STEINHILBER SWANSON LLP                                   STEINHILBER SWANSON LLP

Michael P. Richman                                                          Claire Ann Resop

MPR/jms
cc:  counsel of record (via ECF)

**Oshkosh**
107 Church Ave.
Oshkosh, WI 54901-4745
Phone 920-235-6690
Fax 920-426-5530

**Madison Downtown**
122 W. Washington Ave., Ste 850
Madison, WI 53703-2732
Phone 608-630-8993
Fax 608-630-8991

**Madison West**
8040 Excelsior Dr., Ste 301
Madison, WI 53717-2919
Phone 608-827-6880
Fax 608-827-6889

www.steinhilberswanson.com