Form G-8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re  Brian and Jodi Colberg                )
                                             )
                                             )   Bankruptcy No.  BK Case No. 18-81032
                                             )
              Debtor.                        )   Chapter          12

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: __Steinhilber Swanson LLP__

Authorized to Provide Professional Services to: __Brian and Jodi Colberg__

Date of Order Authorizing Employment: __May 31, 2018, effective May 4, 2018__

Period for Which Compensation is Sought:
From __May 9__, 2018 through __December 5__, 2018

Amount of Fees Sought: $ 109,796.00

Amount of Expense Reimbursement Sought: $ 973.33

This is an:    Interim Application _____          Final Application  ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated:  __December 5, 2018__              __/s/ Claire Ann Resop__
                                                          (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In the Matter of: | BK Case No. 18-81032 (Jointly Administered) |
| Brian and Jodi Colberg and Colberg Trucking, LLC (Case 18-81064) | Chapter 12 |
| Debtors. | Judge Thomas M. Lynch |

**NOTICE OF FIRST AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF FEES AND EXPENSES OF DEBTORS' COUNSEL
BRIAN AND JODI COLBERG**

**To:    All Creditors, U.S. Trustee, and Debtors:**

PLEASE TAKE NOTICE that the law firm of Steinhilber Swanson LLP ("Applicant" or "Steinhilber"), Debtors' counsel for Brian and Jodi Colberg, in this case, has applied to the Court for a final order allowing and authorizing payment of compensation and reimbursement of expenses from the estate for services rendered and expenses incurred in this matter, in the amounts set forth below. A copy of the First and Final Application for Allowance and Payment of Fees and Expenses of Debtors' Counsel (the "Fee Application"), can be obtained either electronically from or at the office of the Bankruptcy Clerk of Courts whose address is listed below, or can be obtained by requesting copies from the undersigned.

The Application requests final approval of all fees and expenses incurred from May 8, 2018 to December 5, 2018 (the "Fee Period"), and authorization for payment of all approved amounts. The Applicant is requesting that the Court:

A. Approve, as final, Applicant's compensation for the Fee Period under the provisions of 11 U.S.C. § 330 in the amount of $110,769.33, representing $109,796.00 in professional fees plus $973.33 in reasonable and necessary expenses;

B. Determine that $110,769.33 is due and owing to the Applicant as an administrative priority claim, which represents the unpaid portion of the allowed final fees and expenses;

C. Authorize Debtors to disburse funds to Steinhilber Swanson LLP as the final total amount awarded hereunder.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Applicant's Fee Application, or if you want the Court to consider your views on the matter, then no later than **21 days from the date of this Notice**, you or your attorney must:

1. File with the Court a written objection at:

   Clerk of the U. S. Bankruptcy Court
   327 South Church Street
   Rockford, IL 61101

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. You must also mail a copy to:

   Office of the U. S. Trustee
   780 Regent St., #304
   Madison, WI  53715-2635

   Lydia Meyer
   Chapter 12 Trustee
   P.O. Box 14127
   Rockford, IL  61105-4127

   Attorney Claire Ann Resop
   Steinhilber Swanson LLP
   122 W. Washington Ave., Suite 850
   Madison, WI  53703

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an Order granting that relief awarding the requested compensation and expense reimbursement.

Dated this 5th day of December, 2018.

                                                **STEINHILBER SWANSON LLP**

                                                */s/ Claire Ann Resop*
                           By:    Claire Ann Resop
                                 Attorneys for the Debtors
                                 122 W. Washington Ave., Suite 850
                                 Madison, WI 53703
                                 TEL:  (608) 630-8990
                                 FAX:  (608) 630-8991

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In the Matter of: | BK Case No. 18-81032 (Jointly Administered) |
| Brian and Jodi Colberg and Colberg Trucking, LLC (Case 18-81064) | Chapter 12 |
| Debtors. | Judge Thomas M. Lynch |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF DEBTORS' COUNSEL BRIAN AND JODI COLBERG**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 5082-1, the law firm of Steinhilber Swanson LLP ("Applicant" or "Steinhilber") hereby applies to the Court for an Order approving and authorizing payment to Steinhilber for the professional legal services Steinhilber has rendered as counsel for Brian and Jodi Colberg ("Debtors") in the amount of $110,769.33, representing $109,796.00 in professional fees plus $973.33 in reasonable and necessary expenses for the period May 8, 2018 through December 5, 2018. In support of this Application, Steinhilber respectfully represents as follows:

**Jurisdiction and Background**

1. On May 8, 2018 (the "Petition Date"), Debtors filed a voluntary petition under Chapter 12 of Title 11 of the U.S.C. (the "Bankruptcy Code").

2. The Debtors operate a farm growing and selling various crops, as well as running a trucking business operating as Colberg Trucking, LLC.

3. The Debtors are continuing in possession of their property, and operating and managing their business as debtors in possession.

4. The Debtors in this Chapter 12 case retained Applicant as general bankruptcy counsel to aid them in the advancement of this case. The application to employ Applicant and the Order approving that application are on file herein.

5. After the bankruptcy was filed, Applicant first performed work in connection with this bankruptcy on May 9, 2018. Applicant has not filed any prior fee applications in this case.

6. Compensation for the Debtors' representation is upon the fee basis authorized and approved by this Court, and all services for which compensation is requested was performed for or on behalf of the Debtors.

**Fee Period Request**

7. This Fee Application requests final approval and payment of fees and expenses in this case accruing during the period from May 9, 2018 through December 5, 2018 (the "Fee Period").

8. The regular hourly rates for attorneys and paraprofessionals of the firm who performed work on this case ranged from $160-$475 per hour during the Fee Period.

9. During the Fee Period, Applicant expended 335.15 hours on this case. Based upon the hourly rates stated above and the time expended by Applicant, the value of the services rendered by Applicant during that time period was $109,760.00. In addition, reasonable and necessary expenses of $973.33 were incurred, for an aggregate total of $110,769.33 (the "Fee Award") earned by Applicant during the Fee Period.

10. An itemization of the fees incurred in this matter, in chronological order, from May 8, 2018 through December 5, 2018, the Fee Period, is attached hereto as Exhibit A and incorporated herein.

11. An itemization of the fees incurred in this matter, by activity, during the Fee Period, is attached hereto as Exhibit B and incorporated herein.

12. A list of all attorneys, professionals and paraprofessionals with a summary of the total hours expended and compensation sought during the Fee Period is attached hereto as Exhibit C and incorporated herein.

13. An itemization of the expenses incurred in this matter during the Fee Period is attached hereto as Exhibit D and incorporated herein.

14. Applicant is experienced in bankruptcy matters and in Chapter 12 proceedings. Applicant's hourly rates are in conformity with the rates charged by similarly situated bankruptcy counsel.

15. This Fee Application is submitted in conformity with the standards set forth in this district, which this Court uses in assessing the propriety of bankruptcy attorneys' fees. The standards include the time and labor required, the novelty and difficulty of the questions, the skill requisite to perform the legal service properly, the preclusion of other employment by the attorney due to acceptance of this case, the customary fees charged for like cases, whether the fee is fixed or contingent, time limitations imposed by the client or other circumstances, the amount involved and the results obtained, the experience, reputation, and ability of the attorney, the nature and length of the professional relationship with the client, and awards in similar cases.

16. Under the standards enumerated above, the Fee Award represents the reasonable value of the services rendered by Applicant as bankruptcy counsel for the Debtor in this case during the Fee Period.

17. This is the final application for fees and costs of the Applicant, and Applicant is therefore requesting final approval and payment for all fees and costs incurred in this matter.

**Plan Funding and Payment of Compensation Awarded**

18. Applicant asserts that the Fee Award awarded hereunder constitutes an administrative priority claim, which will be paid pursuant to the terms of the plan confirmed in this case by the Order Confirming Debtors' Second Amended Chapter 12 Plan of Reorganization entered November 15, 2018 [Docket 137].

19. All services for which compensation is requested by Applicant were performed for, or on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

20. There is no agreement or understanding between the Debtors and any other person, other than principals of Applicant, for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, Applicant prays that the Court enter an Order as follows:

A. Approve, as final, Applicant's compensation for the Fee Period under the provisions of 11 U.S.C. § 330 in the amount of $110,769.33, representing $109,796.00 in professional fees plus $973.33 in reasonable and necessary expenses for the period May 8, 2018 through December 5, 2018 for Brian and Jodi Colberg;

B. Determine that $110,769.33 is due and owing to the Applicant as an administrative priority claim, which represents the unpaid portion of the allowed final fees and expenses of Brian and Jodi Colberg;

C. Authorize Debtors to disburse funds to Steinhilber Swanson LLP, pursuant to the terms of the plan, in the final total amount awarded hereunder as to Brian and Jodi Colberg; and

D. For any other relief the Court deems just and appropriate.

Dated this 5th day of December, 2018.

**STEINHILBER SWANSON LLP**

By: _/s/ Claire Ann Resop_
    Claire Ann Resop
    Attorneys for the Debtors
    122 W. Washington Ave., Suite 850
    Madison, WI 53703
    TEL: (608) 630-8990
    FAX: (608) 630-8991