UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-81032 |
| Brian and Jodi Colberg and | ) | (Jointly Administered) |
| Colberg Trucking, LLC (case 18-81064) | ) | Chapter 12 |
| | ) | |
| Debtors. | ) | Judge Lynch |
| | ) | |

## ORDER

For the reasons set forth in the court's Memorandum Decision of this date, Steinhilber Swanson LLP's (the "Applicant") final applications for attorney fees and expenses in these jointly administered cases are GRANTED IN PART AND DENIED IN PART, and

IT IS HEREBY ORDERED that:

1. For the lead case, the individual Chapter 12 bankruptcy, the Applicant is:

    a. Awarded final compensation of $94,513.75 in professional fees and $943.33 in expenses for the period May 8, 2018 through December 5, 2018; and

    b. Due and owing the amount of $85,457.08 as an administrative priority claim, which represents the unpaid portion of the allowed final fees with the Debtors having advanced a retainer of $10,000.

2. For the Colberg Trucking case, the Applicant is:

    a. Awarded final compensation of $6,274.75 in professional fees for the period May 14, 2018 through December 5, 2018; and

    b. Due and owing the amount of $5,274.75 as an administrative priority claim, which represents the unpaid portion of the allowed final fees with the Debtors having advanced a retainer of $1,000.

3. The court having allowed total compensation of $101,731.83, the Debtors are hereby authorized to disburse funds to the Applicant, subject to the terms of the Debtors' confirmed plan, in the amount of $90,731.83.

DATE: February 27, 2019

ENTER

_____
Thomas M. Lynch
United States Bankruptcy Judge